UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAX LLAQUE,

                                              07 CV 6943 (CLB)(LMS)

            Plaintiff,

      -against-

CSC HOLDINGS, INC.,

           Defendant.
------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>CSC Holdings, Inc.</u> (a private non-governmental party) certifies the following:

      CSC Holdings, Inc. is a subsidiary of Cablevision Systems Corporation ("Cablevision"). Cablevision's Class A Shares are publicly traded on the New York Stock Exchange.

DATE: August 30, 2007

                                                            SIGNATURE OF ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAX LLAQUE,

                                                                07 CV 6943 (CLB)(LMS)

                Plaintiff,

      -against-

CSC HOLDINGS, INC.,

                Defendant.
------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>CSC Holdings, Inc.</u> (a private non-governmental party) certifies the following:

       CSC Holdings, Inc. is a subsidiary of Cablevision Systems Corporation ("Cablevision"). Cablevision's Class A Shares are publicly traded on the New York Stock Exchange.

DATE: August 30, 2007

_____
SIGNATURE OF ATTORNEY