# LEFKOWITZ, HOGAN & CASSELL, LLP
## ATTORNEYS & COUNSELORS AT LAW

350 JERICHO TURNPIKE
SUITE 100
JERICHO, NEW YORK 11753

TELEPHONE: (516) 942-4700
TELECOPIER: (516) 942-4705
www.lefkowitzhogan.com

SHAUN K. HOGAN+
MICHAEL D. CASSELL*

DANIEL J. LEFKOWITZ, P.C.*
OF COUNSEL

NEW JERSEY OFFICE
744 BROAD STREET
FLOOR 16, SUITE 28
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 735-2700
TELECOPIER: (516) 942-4705

+ALSO ADMITTED IN MASSACHUSETTS
*ALSO ADMITTED IN NEW JERSEY
*ALSO ADMITTED IN FLORIDA

August 30, 2007

*Via ECF*                                    ***ORIGINAL FILED ECF***
Clerk of the Court
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Max Llaque v. CSC Holdings, Inc.
    Case No. 07-CV-6943 (CLB) (LMS)

Dear Sir/Madam:

This firm represents the Defendant, CSC Holdings, Inc., in the above-referenced matter.

Attached please find CSC Holdings, Inc.'s Motion to Dismiss the Complaint of Max Llaque along with a supporting Memorandum of Law and exhibits. The Motion is returnable November 9, 2007. As required by the Federal Rule Civil Procedure, I am also contemporaneously filing two copies of CSC Holdings, Inc.'s Rule 7.1 Statement.

Thank you for your courtesy regarding this matter.

Respectfully submitted,

LEFKOWITZ, HOGAN & CASSELL, LLP

Michael D. Cassell

MDC:cs
Encl.

cc: The Honorable Charles L. Brieant (*First Class Mail with enclosures*)
    Jonathan Lovett, Esq. (*First Class Mail with enclosures*)