UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAX LLAQUE,

                Plaintiff,           Case No. 07 CV 6943 (CLB)(LMS)

  -against-

CSC HOLDINGS, INC.,          **NOTICE OF MOTION TO DISMISS**
                                            **PLAINTIFF'S COMPLAINT**

                Defendant.
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that defendant, CSC Holdings, Inc., by its attorneys, Lefkowitz, Hogan & Cassell, LLP, upon the accompanying memorandum of law and exhibits will move this Court at 9:00 a.m. on November 9, 2007, or as soon as counsel can be heard, for an Order pursuant to Fed.R.Civ.P. 12 (b)(6) dismissing the Complaint of plaintiff, Max Llaque.

Dated: Jericho, New York
         August 30, 2007

                                              LEFKOWITZ, HOGAN & CASSELL, LLP
                                              Attorneys for the Defendant
                                              By: _____
                                              Michael D. Cassell (MC 0236)
                                              350 Jericho Turnpike, Suite 100
                                              Jericho, New York 11753
                                              (516) 942-4700

TO:  Jonathan Lovett, Esq.
       Lovett & Gould, LLP
       222 Bloomingdale Road
       White Plains, New York 10605