Data Files Recap Report
(File Listing)

------------------------------------------------------------------------
                    ULTIMATE MAIL ORDER SERVICES
------------------------------------------------------------------------
Invoice Number:  8940440 Invoice Date: 08/08/94    Operator Initials:    V.
                                                   Order Source Reference:  P.


Customer: MAX LLAQUE                  Ship to:
          134 MAMARONECK AVENUE              134 MAMARONECK AVENUE
          MAMARONECK, NY 10543              MAMARONECK, NY 10543

Transaction Info:    Trans Type Code:  UD
                     Credit Card ID:
                     Card Number:                        Exp Date: /
                     Card Holder:      MAX LLAQUE
                     Other Trans Data: CALL BEFORE SHIPPING.        9143815656

Message Information:
1Z2E69730310059567
                                             Country:

Invoice Information:       # Line Items:    2

Item    Code            Product Description       QTY Unit Price  Ext Pric
  1   PAN      PANASONIC CABLE TV CONVERTER         2     69.00    138.0
  2   STL      G-7 STEALTH 1000-P ADD-ON            2     75.00    150.0
  3
  4
  5
                                           Subtotal:              288.0
                                           Shipping/Handling:      11.5
                                           Service Fee:
                                           Insurance:              0.6
                                                   Total:         300.1
Cntl Totl 1:  300.10 Cntl Totl 2:  300.10
------------------------------------------------------------------------
   Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
------------------------------------------------------------------------
Invoice Number:  8940440 Invoice Date: 08/08/94 Ship Date: 08/08/94

Purchase Order #:            Operator: VJL Sales Person: VJL Ad Code: PS

Invoice Total:   300.10 Purch Amount:   288.00 Adjustmnt:      Discount:
                        Insurance:        0.60 Ship/Hndlg:  11.50 Svc Fee:

Price Level:   1 Pay Type Code: D Ship Code: U State Tax:     Local Tax:
------------------------------------------------------------------------
Invoice Number:  8940440  Customer Number:    212

MAX LLAQUE                             Contact:
                                       Credit Card #:
134 MAMARONECK AVENUE                  Expiration Date:
MAMARONECK, NY 10543                   Country:
Phone #1: 914-381-5656 Phone #2:
========================================================================

Data Files Recap Report
(File Listing)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ULTIMATE MAIL ORDER SERVICES
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Invoice Number: 8940688 Invoice Date: 08/12/94    Operator Initials:    VJ
                                                   Order Source Reference:  PS

Customer: MAX LLAQUE                 Ship to:
          134 MAMARONECK AVENUE         134 MAMARONECK AVENUE
          MAMARONECK, NY 10543          MAMARONECK, NY 10543

Transaction Info:    Trans Type Code:  US
                     Credit Card ID:
                     Card Number:                      Exp Date: /
                     Card Holder:      MAX LLAQUE
                     Other Trans Data: REC'D RR#28535, 8/10/94      9143815656

Message Information:
SHORTAGE REPLACEMENT FROM INV #   08940391 MISSING 1 PAN CONVERTE  O N L Y !!!!
YOUR SALES AGENT : VALERIE       JD                Country:

Invoice Information:     # Line Items:    2

| Item | Code | Product Description | QTY | Unit Price | Ext Pric |
|------|------|---------------------|-----|------------|----------|
| 1 | CPAN | PANASONIC CONVERTER ONLY-NO REMOTE | 1 | | |
| 2 | STL | G-7 STEALTH 1000-P ADD-ON | 4 | 70.00 | 280.0 |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

                                        Subtotal:           280.0
                                        Shipping/Handling:
                                        Service Fee:
                                        Insurance:
                                               Total:       280.0
Cntl Totl 1:  280.00 Cntl Totl 2:  280.00
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Invoice Number: 8940688 Invoice Date: 08/12/94 Ship Date: 08/18/94

Purchase Order #:            Operator: JSD Sales Person: VJL Ad Code: PS

Invoice Total:   280.00 Purch Amount:    280.00 Adjustmnt:        Discount:
      280.00            Insurance:           Ship/Hndlg:       Svc Fee:

Price Level:  1 Pay Type Code: S Ship Code: U State Tax:     Local Tax:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Invoice Number: 8940688  Customer Number:    212

MAX LLAQUE                              Contact:
                                        Credit Card #:
134 MAMARONECK AVENUE                   Expiration Date:
MAMARONECK, NY 10543                    Country:
Phone #1: 914-381-5656 Phone #2:
=============================================================================

```
                        Data Files Recap Report
                            (File Listing)
----------------------------------------------------------------------
                    ULTIMATE MAIL ORDER SERVICES
----------------------------------------------------------------------
Invoice Number:  9940470 Invoice Date: 09/08/94   Operator Initials:    V
                                                  Order Source Reference:  P


Customer: MAX LLAQUE                  Ship to:
          134 MAMARONECK AVENUE                 134 MAMARONECK AVENUE
          MAMARONECK, NY 10543                  MAMARONECK, NY 10543

Transaction Info:   Trans Type Code:  UD
                    Credit Card ID:
                    Card Number:                        Exp Date: /
                    Card Holder:      MAX LLAQUE
                    Other Trans Data: 9/9  1Z2E69730310071212        914381565

Message Information:

THANK YOU VALERIE/ EXT 104                    Country:

Invoice Information:      # Line Items:    2
```

| Item | Code | Product Description | QTY | Unit Price | Ext Price |
|------|------|---------------------|-----|-----------|-----------|
| 1 | STL | G-7 STEALTH 1000-P ADD-ON | 3 | 65.00 | 195.( |
| 2 | PAN | PANASONIC CABLE TV CONVERTER | 3 | 75.00 | 225.( |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

```
                                       Subtotal:              420.(
                                       Shipping/Handling:      14.(
                                       Service Fee:
                                       Insurance:               1.2
                                               Total:         435.2
Cntl Totl 1:  435.24 Cntl Totl 2:  435.24
----------------------------------------------------------------------
   Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
----------------------------------------------------------------------
Invoice Number:  9940470 Invoice Date: 09/08/94 Ship Date: 09/09/94

Purchase Order #:                Operator: VJL Sales Person: VJL Ad Code: PS

Invoice Total:   435.24 Purch Amount:   420.00 Adjustmnt:      Discount:
                 Insurance:       1.20 Ship/Hndlg:  14.04 Svc Fee:

Price Level:   1 Pay Type Code: D Ship Code: U State Tax:     Local Tax:
----------------------------------------------------------------------
Invoice Number:  9940470  Customer Number:    212

MAX LLAQUE                            Contact:
                                      Credit Card #:
134 MAMARONECK AVENUE                 Expiration Date:
MAMARONECK, NY 10543                  Country:
Phone #1: 914-381-5656 Phone #2:
======================================================================
```

Data Files Recap Report
(File Listing)

--------------------------------------------------------------------------------

ULTIMATE MAIL ORDER SERVICES

--------------------------------------------------------------------------------

Invoice Number: 11940294 Invoice Date: 11/03/94    Operator Initials:     V.
                                                    Order Source Reference:  P:


Customer: MAX LLAQUE                    Ship to:
          134 MAMARONECK AVENUE              134 MAMARONECK AVENUE
          MAMARONECK, NY 10543               MAMARONECK, NY 10543

Transaction Info:    Trans Type Code:   UD
                     Credit Card ID:
                     Card Number:                        Exp Date: /
                     Card Holder:       MAX LLAQUE
                     Other Trans Data: 1Z2E69730310100903 TLA/MAH     914381565

Message Information:
SHORTAGE 4 R550 REMOTES 11/8/94 1Z2E69730310103375
THANK YOU VALERIE/ EXT 104                     Country:

Invoice Information:       # Line Items:    4

| Item | Code | Product Description | QTY | Unit Price | Ext Pric |
|------|------|---------------------|-----|------------|----------|
| 1 | PAN | PANASONIC CABLE TV CONVERTER | 3 | 75.00 | 225.0 |
| 2 | M80 | SA-80 ADD-ON DESCRAMBLER | 1 | 70.00 | 70.0 |
| 3 | DQNRP | REFURB DQN7-31P | 4 | 69.00 | 276.0 |
| 4 | STL | G-7 STEALTH 1000-P ADD-ON | 6 | 65.00 | 390.0 |
| 5 | | G-7 STEALTH 1000-P ADD-ON | | | |

                                    Subtotal:              961.0
                                    Shipping/Handling:      20.2
                                    Service Fee:
                                    Insurance:               2.7
                                              Total:       983.9

Cntl Totl 1:  983.99 Cntl Totl 2:  983.99

--------------------------------------------------------------------------------

    Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)

--------------------------------------------------------------------------------

Invoice Number: 11940294 Invoice Date: 11/03/94 Ship Date: 11/03/94

Purchase Order #:              Operator: VJL Sales Person: VJL Ad Code: PS

Invoice Total:  983.99 Purch Amount:  961.00 Adjustmnt:       Discount:
                       Insurance:       2.70 Ship/Hndlg:  20.29 Svc Fee:

Price Level:  1 Pay Type Code: D Ship Code: U State Tax:    Local Tax:

--------------------------------------------------------------------------------

Invoice Number: 11940294  Customer Number:   212

MAX LLAQUE                          Contact:
                                    Credit Card #:
134 MAMARONECK AVENUE               Expiration Date:
MAMARONECK, NY 10543                Country:
Phone #1: 914-381-5656 Phone #2:

================================================================================

Data Files Recap Report
(File Listing)
--------------------------------------------------------------------
ULTIMATE MAIL ORDER SERVICES
--------------------------------------------------------------------
Invoice Number: 11941188 Invoice Date: 11/15/94     Operator Initials:     V
                                                    Order Source Reference:  P


Customer: MAX LLAQUE                     Ship to:
          134 MAMARONECK AVENUE                   134 MAMARONECK AVENUE
          MAMARONECK, NY 10543                    MAMARONECK, NY 10543

Transaction Info:     Trans Type Code:   UD
                      Credit Card ID:
                      Card Number:                         Exp Date: /
                      Card Holder:     MAX LLAQUE
                      Other Trans Data: REF-DQN7 6 MONTH WARRANTY      914381565

Message Information:
DQN7 MUST BE HRC!!!!!!!!!!!!!!.   1Z2E69730310107291 11/16 TLA/MA
                                              Country:

Invoice Information:       # Line Items:     3

Item      Code              Product Description           QTY Unit Price   Ext Pri
 1   PAN          PANASONIC CABLE TV CONVERTER              1      75.00      75.
 2   DQNRP        REFURB DQN7-31P                           2      69.00     138.
 3   STL          G-7 STEALTH 1000-P ADD-ON                 3      65.00     195.
 4
 5
                                               Subtotal:                    408.
                                               Shipping/Handling:            14.
                                               Service Fee:
                                               Insurance:                     1.
                                                      Total:                424.
Cntl Totl 1:  424.01 Cntl Totl 2:  424.01
--------------------------------------------------------------------
     Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
--------------------------------------------------------------------
Invoice Number: 11941188 Invoice Date: 11/15/94 Ship Date: 11/16/94

Purchase Order #:                    Operator: VJL Sales Person: VJL Ad Code: PS

Invoice Total:   424.01 Purch Amount:   408.00 Adjustmnt:         Discount:
                         Insurance:      1.20 Ship/Hndlg:  14.81 Svc Fee:

Price Level:   1 Pay Type Code: D Ship Code: U State Tax:         Local Tax:
--------------------------------------------------------------------
Invoice Number: 11941188  Customer Number:    212

MAX LLAQUE                              Contact:
                                        Credit Card #:
134 MAMARONECK AVENUE                   Expiration Date:
MAMARONECK, NY 10543                    Country:
Phone #1: 914-381-5656 Phone #2:
====================================================================

Data Files Recap Report
(File Listing)

-------------------------------------------------------------------------
ULTIMATE MAIL ORDER SERVICES
-------------------------------------------------------------------------

Invoice Number: 12941915 Invoice Date: 12/21/94     Operator Initials:      VJ
                                                    Order Source Reference:  PS

Customer: MAX LLAQUE                  Ship to:
          134 MAMARONECK AVENUE              134 MAMARONECK AVENUE
          MAMARONECK, NY 10543              MAMARONECK, NY 10543

Transaction Info:    Trans Type Code:   UD
                     Credit Card ID:
                     Card Number:                       Exp Date: /
                     Card Holder:      MAX LLAQUE
                     Other Trans Data: 1Z2E69730310130532  TLA/MAH    9143815656

Message Information:
(R
YOUR SALES AGENT:  VALERIE/EXT 104              Country:

Invoice Information:      # Line Items:    2

| Item | Code | Product Description | QTY | Unit Price | Ext Pris |
|------|------|---------------------|-----|-----------|----------|
| 1 | XL71 | EASTERN/TP XL-7103 CATV CONVERTER | 3 | 65.00 | 195.? |
| 2 | STL | G-7 STEALTH 1000-P ADD-ON | 3 | 65.00 | 195.? |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

                                    Subtotal:              390.?
                                    Shipping/Handling:      14.?
                                    Service Fee:
                                    Insurance:               0.?
                                             Total:        405.?

Cntl Totl 1:  405.71 Cntl Totl 2:  405.71
-------------------------------------------------------------------------
   Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
-------------------------------------------------------------------------
Invoice Number: 12941915 Invoice Date: 12/21/94 Ship Date: 12/21/94

Purchase Order #:              Operator: RLM Sales Person: VJL Ad Code: PS

Invoice Total:   405.71 Purch Amount:   390.00 Adjustmnt:        Discount:
                        Insurance:        0.90 Ship/Hndlg:  14.81 Svc Fee:

Price Level:   1 Pay Type Code: D Ship Code: U State Tax:      Local Tax:
-------------------------------------------------------------------------
Invoice Number: 12941915  Customer Number:    212

MAX LLAQUE                          Contact:
                                    Credit Card #:
134 MAMARONECK AVENUE               Expiration Date:
MAMARONECK, NY 10543                Country:
Phone #1: 914-381-5656 Phone #2:
=========================================================================

Data Files Recap Report
(File Listing)

------------------------------------------------------------------------
ULTIMATE MAIL ORDER SERVICES
------------------------------------------------------------------------
Invoice Number: 1950390 Invoice Date: 01/05/95    Operator Initials:    VJ
                                                  Order Source Reference:  PS


Customer: MAX LLAQUE                   Ship to:
          134 MAMARONECK AVENUE              134 MAMARONECK AVENUE
          MAMARONECK, NY 10543              MAMARONECK, NY 10543

Transaction Info:    Trans Type Code:  NF
                     Credit Card ID:
                     Card Number:                      Exp Date: /
                     Card Holder:    MAX LLAQUE
                     Other Trans Data: THESE UNITS WERE MISSING FROM  9143815656

Message Information:
INVOICE #12941915/SHORTAGE!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!  PICKED BY/ T
1Z2E69730110138181 TLA/MAH                      Country:

Invoice Information:      # Line Items:    1

Item    Code              Product Description          QTY Unit Price  Ext Pric
  1   TPI550     TPI-550 PC CONVERTER                    3      65.00     195.0
  2
  3
  4
  5
                                        Subtotal:                      195.0
                                        Shipping/Handling:
                                        Service Fee:
                                        Insurance:
                                                   Total:              195.0
Cntl Totl 1:        Cntl Totl 2:  195.00
------------------------------------------------------------------------
    Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
------------------------------------------------------------------------
Invoice Number:  1950390 Invoice Date: 01/05/95 Ship Date: 01/05/95

Purchase Order #:                    Operator: VJL Sales Person: VJL Ad Code: PS

Invoice Total:    195.00 Purch Amount:   195.00 Adjustmnt:        Discount:
                         Insurance:             Ship/Hndlg:       Svc Fee:

Price Level:   1 Pay Type Code: F Ship Code: N State Tax:      Local Tax:
------------------------------------------------------------------------
Invoice Number:  1950390  Customer Number:    212

MAX LLAQUE                              Contact:
                                        Credit Card #:
134 MAMARONECK AVENUE                   Expiration Date:
MAMARONECK, NY 10543                    Country:
Phone #1: 914-381-5656 Phone #2:
========================================================================

Data Files Recap Report
(File Listing)

------------------------------------------------------------------------------------
ULTIMATE MAIL ORDER SERVICES
------------------------------------------------------------------------------------

Invoice Number: 1952297 Invoice Date: 01/26/95     Operator Initials:      VJ
                                                   Order Source Reference:  PS


Customer: MAX LLAQUE                  Ship to:
          134 MAMARONECK AVENUE               134 MAMARONECK AVENUE
          MAMARONECK, NY 10543                MAMARONECK, NY 10543

Transaction Info:     Trans Type Code:  UD
                      Credit Card ID:
                      Card Number:                          Exp Date: /
                      Card Holder:     MAX LLAQUE
                      Other Trans Data: 1Z2E69730310150449 TLA/MAH    9143815656

Message Information:

THANK YOU VALERIE/ EXT 104                    Country:

Invoice Information:       # Line Items:   1

Item     Code          Product Description        QTY Unit Price  Ext Pric
 1  STL       G-7 STEALTH 1000-P ADD-ON             2     65.00     130.0
 2
 3
 4
 5
                                        Subtotal:               130.0
                                        Shipping/Handling:       12.5
                                        Service Fee:
                                        Insurance:                0.5
                                                 Total:         143.0
Cntl Totl 1:  143.03 Cntl Totl 2:  143.03
------------------------------------------------------------------------------------
   Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
------------------------------------------------------------------------------------
Invoice Number: 1952297 Invoice Date: 01/26/95 Ship Date: 01/26/95

Purchase Order #:               Operator: VJL Sales Person: VJL Ad Code: PS

Invoice Total:   143.03 Purch Amount:   130.00 Adjustmnt:      Discount:
                        Insurance:        0.50 Ship/Hndlg:  12.53 Svc Fee:

Price Level:  1 Pay Type Code: D Ship Code: U State Tax:     Local Tax:
------------------------------------------------------------------------------------
Invoice Number: 1952297  Customer Number:    212

MAX LLAQUE                            Contact:
                                      Credit Card #:
134 MAMARONECK AVENUE                 Expiration Date:
MAMARONECK, NY 10543                  Country:
Phone #1: 914-381-5656 Phone #2:
====================================================================================

Data Files Recap Report
(File Listing)
------------------------------------------------------------------------
ULTIMATE MAIL ORDER SERVICES
------------------------------------------------------------------------
Invoice Number: 2951295 Invoice Date: 02/14/95     Operator Initials:    VJ
                                                   Order Source Reference:  PS


Customer: MAX LLAQUE               Ship to:
          134 MAMARONECK AVENUE            134 MAMARONECK AVENUE
          MAMARONECK, NY 10543             MAMARONECK, NY 10543

Transaction Info:    Trans Type Code:  UD
                     Credit Card ID:
                     Card Number:                   Exp Date: /
                     Card Holder:     MAX LLAQUE
                     Other Trans Data: REC'D RR#6817, 2/2/95        9143815656


Message Information:
1 DQN7 NO REMOTE!!!!!!!!!!!!!!   CUSTOMER REQUESTED THIS EXCHANG   TOTAL COD 55
1Z2E69730310161811  2/15 tla/no                Country:

Invoice Information:      # Line Items:    3

Item     Code              Product Description            QTY Unit Price  Ext Pric
 1  DQN7          NEW JERROLD DQN-7 W/PC                    1    79.00      79.0
 2  STL           G-7 STEALTH 1000-P ADD-ON                2    65.00     130.0
 3  1453G2        PANASONIC CABLE TV CONVERTER             2    75.00     150.0
 4
 5
                                             Subtotal:                    359.0
                                             Shipping/Handling:            15.6
                                             Service Fee:
                                             Insurance:                     1.5
                                                       Total:             376.1
Cntl Totl 1:  376.15 Cntl Totl 2:  376.15
------------------------------------------------------------------------
    Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
------------------------------------------------------------------------
Invoice Number:  2951295 Invoice Date: 02/14/95 Ship Date: 02/15/95

Purchase Order #:                 Operator: VJL Sales Person: VJL Ad Code: PS

Invoice Total:   376.15 Purch Amount:   359.00 Adjustmnt:       Discount:
                        Insurance:        1.50 Ship/Hndlg:  15.65 Svc Fee:

Price Level:   1 Pay Type Code: D Ship Code: U State Tax:      Local Tax:
------------------------------------------------------------------------
Invoice Number:  2951295  Customer Number:    212

MAX LLAQUE                              Contact:
                                       Credit Card #:
134 MAMARONECK AVENUE                  Expiration Date:
MAMARONECK, NY 10543                   Country:
Phone #1: 914-381-5656 Phone #2:
========================================================================

Data Files Recap Report
(File Listing)

----------------------------------------------------------------------------
ULTIMATE MAIL ORDER SERVICES
----------------------------------------------------------------------------
Invoice Number: 3951802 Invoice Date: 03/20/95    Operator Initials:      VJL
                                                  Order Source Reference:  PS


Customer: MAX LLAQUE                    Ship to:
          134 MAMARONECK AVENUE                 134 MAMARONECK AVENUE
          MAMARONECK, NY 10543                  MAMARONECK, NY 10543

Transaction Info:    Trans Type Code:  UD
                     Credit Card ID:
                     Card Number:                        Exp Date: /
                     Card Holder:      MAX LLAQUE
                     Other Trans Data: 1Z2E69730310184056 TLA/MAH      9143815656

Message Information:

THANK YOU VALERIE/ EXT 104                       Country:

Invoice Information:       # Line Items:    2

Item    Code            Product Description        QTY Unit Price  Ext Price
  1   STL        G-7 STEALTH 1000-P ADD-ON          2     65.00     130.00
  2   1453G2     PANASONIC CABLE TV CONVERTER       2     75.00     150.00
  3
  4
  5
                                           Subtotal:              280.00
                                           Shipping/Handling:      14.51
                                           Service Fee:
                                           Insurance:              1.00
                                                     Total:       295.51
Cntl Totl 1:  295.51 Cntl Totl 2:  295.51
----------------------------------------------------------------------------
    Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
----------------------------------------------------------------------------
Invoice Number:  3951802 Invoice Date: 03/20/95 Ship Date: 03/21/95

Purchase Order #:                   Operator: VJL Sales Person: VJL Ad Code: PS

Invoice Total:   295.51 Purch Amount:   280.00 Adjustmnt:        Discount:
                        Insurance:        1.00 Ship/Hndlg:  14.51 Svc Fee:

Price Level:  1 Pay Type Code: D Ship Code: U State Tax:      Local Tax:
----------------------------------------------------------------------------
Invoice Number:  3951802  Customer Number:    212

MAX LLAQUE                              Contact:
                                       Credit Card #:
134 MAMARONECK AVENUE                   Expiration Date:
MAMARONECK, NY 10543                    Country:
Phone #1: 914-381-5656 Phone #2:
============================================================================

Data Files Recap Report
(File Listing)

---------------------------------------------------------------------------
ULTIMATE MAIL ORDER SERVICES
---------------------------------------------------------------------------

Invoice Number: 3952232 Invoice Date: 03/23/95    Operator Initials:      VJ
                                                  Order Source Reference:  PS

Customer: MAX LLAQUE                   Ship to:
          134 MAMARONECK AVENUE              134 MAMARONECK AVENUE
          MAMARONECK, NY 10543              MAMARONECK, NY 10543

Transaction Info:    Trans Type Code:  US
                     Credit Card ID:
                     Card Number:                        Exp Date: /
                     Card Holder:     MAX LLAQUE
                     Other Trans Data: 62215585123               9143815656

Message Information:
REC'D RR#3641 3/22/95              1 STL W/AC op  CUSTOMER REQUESTED EXCHANGE
YOUR SALES AGENT: VAL #104                        Country:

Invoice Information:        # Line Items:   1

Item     Code          Product Description        QTY Unit Price  Ext Pric
 1   STL      G-7 STEALTH 1000-P ADD-ON            1      65.00       65.0
 2
 3
 4
 5
                                          Subtotal:                  65.0
                                          Shipping/Handling:
                                          Service Fee:
                                          Insurance:
                                                    Total:          65.0
Cntl Totl 1:   65.00 Cntl Totl 2:   65.00
---------------------------------------------------------------------------
   Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
---------------------------------------------------------------------------
Invoice Number:  3952232 Invoice Date: 03/23/95 Ship Date: 03/28/95

Purchase Order #:                    Operator: JEK Sales Person: VJL Ad Code: PS

Invoice Total:    65.00 Purch Amount:   65.00 Adjustmnt:        Discount:
    65.00               Insurance:            Ship/Hndlg:       Svc Fee:

Price Level:   1 Pay Type Code: S Ship Code: U State Tax:      Local Tax:
---------------------------------------------------------------------------
Invoice Number:  3952232  Customer Number:   212

MAX LLAQUE                              Contact:
                                       Credit Card #:
134 MAMARONECK AVENUE                  Expiration Date:
MAMARONECK, NY 10543                   Country:
Phone #1: 914-381-5656 Phone #2:
===========================================================================

Data Files Recap Report
(File Listing)

------------------------------------------------------------------------
ULTIMATE MAIL ORDER SERVICES
------------------------------------------------------------------------
Invoice Number:  4950265 Invoice Date: 04/04/95    Operator Initials:      V.
                                                   Order Source Reference:  P!


Customer: MAX LLAQUE                 Ship to:
          134 MAMARONECK AVENUE              134 MAMARONECK AVENUE
          MAMARONECK, NY 10543              MAMARONECK, NY 10543

Transaction Info:    Trans Type Code:  UD
                     Credit Card ID:
                     Card Number:                       Exp Date: /
                     Card Holder:     MAX LLAQUE
                     Other Trans Data: >SCALLED INTO ACE 4/6        914381565!

Message Information:
61906659915 157.23
THANK YOU VALERIE/ EXT 104                   Country:

Invoice Information:        # Line Items:    3

| Item | Code | Product Description | QTY | Unit Price | Ext Pric |
|------|------|---------------------|-----|-----------|----------|
| 1 | 1453G2 | PANASONIC CABLE TV CONVERTER | 1 | 75.00 | 75.0 |
| 2 | STL | G-7 STEALTH 1000-P ADD-ON | 1 | 65.00 | 65.0 |
| 3 | AC18 | 18 VOLT AC ADAPTER | 1 | 12.00 | 12.0 |
| 4 | | | | | |
| 5 | | | | | |

                                      Subtotal:            152.0
                                      Shipping/Handling:    17.2
                                      Service Fee:
                                      Insurance:
                                                Total:     169.2
Cntl Totl 1:  157.23 Cntl Totl 2:  157.23   12.00
------------------------------------------------------------------------
    Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
------------------------------------------------------------------------
Invoice Number:  4950265 Invoice Date: 04/04/95 Ship Date: 04/06/95

Purchase Order #:              Operator: JEK Sales Person: VJL Ad Code: PS

Invoice Total:   157.23 Purch Amount:   152.00 Adjustmnt:   12.00 Discount:
                     Insurance:               Ship/Hndlg:  17.23 Svc Fee:

Price Level:   1 Pay Type Code: D Ship Code: U State Tax:      Local Tax:
------------------------------------------------------------------------
Invoice Number:  4950265  Customer Number:   212

MAX LLAQUE                          Contact:
                                    Credit Card #:
134 MAMARONECK AVENUE               Expiration Date:
MAMARONECK, NY 10543                Country:
Phone #1: 914-381-5656 Phone #2:
========================================================================

Data Files Recap Report
(File Listing)
-----------------------------------------------------------------------------
ULTIMATE MAIL ORDER SERVICES
-----------------------------------------------------------------------------
Invoice Number:  4951008 Invoice Date: 04/11/95     Operator Initials:     VJ
                                                    Order Source Reference: PS


Customer: MAX LLAQUE              Ship to:
          134 MAMARONECK AVENUE           134 MAMARONECK AVENUE
          MAMARONECK, NY 10543            MAMARONECK, NY 10543

Transaction Info:   Trans Type Code:  UD
                    Credit Card ID:
                    Card Number:                       Exp Date: /
                    Card Holder:    MAX LLAQUE
                    Other Trans Data: 62215587416                  9143815656

Message Information:

THANK YOU VALERIE/ EXT 104                  Country:

Invoice Information:      # Line Items:    2

Item    Code          Product Description        QTY Unit Price  Ext Pric
  1   1453G2    PANASONIC CABLE TV CONVERTER        2     79.00     158.0
  2   PURPLE    G-7 IMPULSE TYPE ADD-ON UNIT        2     65.00     130.0
  3
  4
  5
                                        Subtotal:                  288.0
                                        Shipping/Handling:          14.7
                                        Service Fee:
                                        Insurance:                   1.0
                                                      Total:       303.7
Cntl Totl 1:  303.70 Cntl Totl 2:  303.70
-----------------------------------------------------------------------------
   Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
-----------------------------------------------------------------------------
Invoice Number:  4951008 Invoice Date: 04/11/95 Ship Date: 04/13/95

Purchase Order #:                Operator: VJL Sales Person: VJL Ad Code: PS

Invoice Total:   303.70 Purch Amount:   288.00 Adjustmnt:        Discount:
                        Insurance:        1.00 Ship/Hndlg:  14.70 Svc Fee:

Price Level:   1 Pay Type Code: D Ship Code: U State Tax:      Local Tax:
-----------------------------------------------------------------------------
Invoice Number:  4951008  Customer Number:   212

MAX LLAQUE                           Contact:
                                     Credit Card #:
134 MAMARONECK AVENUE                Expiration Date:
MAMARONECK, NY 10543                 Country:
Phone #1: 914-381-5656 Phone #2:
=============================================================================

Data Files Recap Report
(File Listing)

---------------------------------------------------------------

ULTIMATE MAIL ORDER SERVICES

---------------------------------------------------------------

Invoice Number: 4952280 Invoice Date: 04/26/95    Operator Initials:    VJI
                                                  Order Source Reference:  PS


Customer: MAX LLAQUE                    Ship to:
          134 MAMARONECK AVENUE                  134 MAMARONECK AVENUE
          MAMARONECK, NY 10543                   MAMARONECK, NY 10543

Transaction Info:    Trans Type Code:    ND
                     Credit Card ID:
                     Card Number:                        Exp Date: /
                     Card Holder:    MAX LLAQUE
                     Other Trans Data: 1Z2E69730110210271 TLA/MAH    9143815656

Message Information:

THANK YOU VALERIE/ EXT 104                    Country:

Invoice Information:      # Line Items:    2

| Item | Code | Product Description | QTY'Unit | Price | Ext Price |
|------|------|---------------------|----------|-------|-----------|
| 1 | STL | G-7 STEALTH 1000-P ADD-ON | 1 | 65.00 | 65.0( |
| 2 | 1453G2 | PANASONIC CABLE TV CONVERTER | 1 | 75.00 | 75.0( |
| 3 | . | | | | |
| 4 | | | | | |
| 5 | | | | | |

                                        Subtotal:              140.0(
                                        Shipping/Handling:      25.0(
                                        Service Fee:
                                        Insurance:
                                                   Total:      165.0(
Cntl Totl 1:  165.00 Cntl Totl 2:  165.00
----------------------------------------------------------------------
   Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
----------------------------------------------------------------------
Invoice Number:  4952280 Invoice Date: 04/26/95 Ship Date: 04/27/95

Purchase Order #:              Operator: VJL Sales Person: VJL Ad Code: PS

Invoice Total:   165.00 Purch Amount:   140.00 Adjustmnt:       Discount:
                        Insurance:             Ship/Hndlg:  25.00 Svc Fee:

Price Level:   1 Pay Type Code: D Ship Code: N State Tax:      Local Tax:
----------------------------------------------------------------------
Invoice Number:  4952280  Customer Number:    212

MAX LLAQUE                          Contact:
                                    Credit Card #:
134 MAMARONECK AVENUE               Expiration Date:
MAMARONECK, NY 10543                Country:
Phone #1: 914-381-5656 Phone #2:
================================================================

```
                    Data Files Recap Report
                         (File Listing)
-----------------------------------------------------------------------
                  ULTIMATE MAIL ORDER SERVICES
-----------------------------------------------------------------------
Invoice Number:  5952547 Invoice Date: 05/30/95    Operator Initials:      VJ
                                                   Order Source Reference:  PS


Customer: MAX LLAQUE                     Ship to:
          134 MAMARONECK AVENUE                    134 MAMARONECK AVENUE
          MAMARONECK, NY 10543                     MAMARONECK, NY 10543

Transaction Info:    Trans Type Code:   UD
                     Credit Card ID:
                     Card Number:                      Exp Date: /
                     Card Holder:    MAX LLAQUE
                     Other Trans Data: 1Z2E69730310231987 TLA        9143815656

Message Information:

THANK YOU VALERIE/ EXT 104                   Country:

Invoice Information:       # Line Items:    2

Item     Code            Product Description          QTY Unit Price  Ext Pric
  1   STL         G-7 STEALTH 1000-P ADD-ON             2      65.00    130.0
  2   1453G2      PANASONIC CABLE TV CONVERTER          2      75.00    150.0
  3
  4
  5
                                           Subtotal:                   280.0
                                           Shipping/Handling:           14.3
                                           Service Fee:
                                           Insurance:                    1.0
                                                         Total:        295.3
Cntl Totl 1:  295.33 Cntl Totl 2:  295.33
-----------------------------------------------------------------------
   Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
-----------------------------------------------------------------------
Invoice Number:  5952547 Invoice Date: 05/30/95 Ship Date: 05/31/95

Purchase Order #:                    Operator: VJL Sales Person: VJL Ad Code: PS

Invoice Total:    295.33 Purch Amount:    280.00 Adjustmnt:        Discount:
                         Insurance:         1.00 Ship/Hndlg:   14.33 Svc Fee:

Price Level:  1 Pay Type Code: D Ship Code: U State Tax:      Local Tax:
-----------------------------------------------------------------------
Invoice Number:  5952547  Customer Number:   212

MAX LLAQUE                              Contact:
                                       Credit Card #:
134 MAMARONECK AVENUE                  Expiration Date:
MAMARONECK, NY 10543                   Country:
Phone #1: 914-381-5656 Phone #2:
=======================================================================
```

Data Files Recap Report
(File Listing)

----------------------------------------------------------------------------
ULTIMATE MAIL ORDER SERVICES
----------------------------------------------------------------------------

Invoice Number: 7950125 Invoice Date: 07/05/95    Operator Initials:    V.
                                                  Order Source Reference:  P.

Customer: MAX LLAQUE                    Ship to:
          134 MAMARONECK AVENUE              134 MAMARONECK AVENUE
          MAMARONECK, NY 10543              MAMARONECK, NY 10543

Transaction Info:    Trans Type Code:  UD
                     Credit Card ID:
                     Card Number:                   Exp Date: /
                     Card Holder:     MAX LLAQUE
                     Other Trans Data: 1Z2E69730310255194 MAH/JC      914381565

Message Information:

THANK YOU VALERIE/ EXT 104                    Country:

Invoice Information:      # Line Items:    3

| Item | Code | Product Description | QTY | Unit Price | Ext Pri |
|------|------|---------------------|-----|------------|---------|
| 1 | M80 | SA-80 ADD-ON DESCRAMBLER | 1 | 89.00 | 89. |
| 2 | STL | G-7 STEALTH 1000-P ADD-ON | 1 | 65.00 | 65. |
| 3 | TPI550 | TPI-550 PC CONVERTER | 1 | 69.00 | 69. |
| 4 | | | | | |
| 5 | | | | | |

                                   Subtotal:              223.
                                   Shipping/Handling:      13.
                                   Service Fee:
                                   Insurance:               1.
                                            Total:        237.

Cntl Totl 1:  237.93 Cntl Totl 2:  237.93
----------------------------------------------------------------------------
    Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
----------------------------------------------------------------------------
Invoice Number:  7950125 Invoice Date: 07/05/95 Ship Date: 07/06/95

Purchase Order #:                    Operator: VJL Sales Person: VJL Ad Code: PS

Invoice Total:    237.93 Purch Amount:   223.00 Adjustmnt:        Discount:
                        Insurance:         1.00 Ship/Hndlg:  13.93 Svc Fee:

Price Level:   1 Pay Type Code: D Ship Code: U State Tax:        Local Tax:
----------------------------------------------------------------------------
Invoice Number:  7950125  Customer Number:    212

MAX LLAQUE                              Contact:
                                        Credit Card #:
134 MAMARONECK AVENUE                   Expiration Date:
MAMARONECK, NY 10543                    Country:
Phone #1: 914-381-5656 Phone #2:
============================================================================

Luca Files Recap Report
(File Listing)

------------------------------------------------------------------------
ULTIMATE MAIL ORDER SERVICES
------------------------------------------------------------------------

Invoice Number: 7951821 Invoice Date: 07/24/95    Operator Initials:    VJ
                                                  Order Source Reference:  PS


Customer: MAX LLAQUE                  Ship to:
          134 MAMARONECK AVENUE       134 MAMARONECK AVENUE
          MAMARONECK, NY 10543        MAMARONECK, NY 10543

Transaction Info:    Trans Type Code:  UD
                     Credit Card ID:
                     Card Number:                  Exp Date: /
                     Card Holder:     MAX LLAQUE
                     Other Trans Data: 1Z2E69730310268868 MAH/JC      9143815656

Message Information:

THANK YOU VALERIE/ EXT 104                      Country:

Invoice Information:       # Line Items:    2

| Item | Code | Product Description | QTY | Unit Price | Ext Pric |
|------|------|---------------------|-----|-----------|----------|
| 1 | STL | G-7 STEALTH 1000-P ADD-ON | 2 | 65.00 | 130.0 |
| 2 | 1453G2 | PANASONIC CABLE TV CONVERTER | 2 | 75.00 | 150.0 |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

                                  Subtotal:              280.0
                                  Shipping/Handling:      14.3
                                  Service Fee:
                                  Insurance:               1.0
                                           Total:        295.3
Cntl Totl 1:  295.33 Cntl Totl 2:  295.33
------------------------------------------------------------------------
    Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
------------------------------------------------------------------------
Invoice Number:  7951821 Invoice Date: 07/24/95 Ship Date: 07/27/95

Purchase Order #:              Operator: VJL Sales Person: VJL Ad Code: PS

Invoice Total:   295.33 Purch Amount:   280.00 Adjustmnt:         Discount:
                        Insurance:        1.00 Ship/Hndlg:  14.33 Svc Fee:

Price Level:   1 Pay Type Code: D Ship Code: U State Tax:       Local Tax:
------------------------------------------------------------------------
Invoice Number:  7951821  Customer Number:   212

MAX LLAQUE                        Contact:
                                  Credit Card #:
134 MAMARONECK AVENUE             Expiration Date:
MAMARONECK, NY 10543              Country:
Phone #1: 914-381-5656 Phone #2:
========================================================================

Data Files Recap Report
(File Listing)
------------------------------------------------------------------------------
ULTIMATE MAIL ORDER SERVICES
------------------------------------------------------------------------------
Invoice Number: 8950232 Invoice Date: 08/02/95    Operator Initials:        VJ
                                                  Order Source Reference:   PS


Customer: MAX LLAQUE                  Ship to:
          134 MAMARONECK AVENUE                134 MAMARONECK AVENUE
          MAMARONECK, NY 10543                 MAMARONECK, NY 10543

Transaction Info:    Trans Type Code:  UD
                     Credit Card ID:
                     Card Number:                        Exp Date: /
                     Card Holder:      MAX LLAQUE
                     Other Trans Data: 1Z2E69730310273432 MAH/TLA    9143815656

Message Information:

THANK YOU VALERIE/ EXT 104                   Country:

Invoice Information:       # Line Items:    1

| Item | Code | Product Description | QTY | Unit Price | Ext Price |
|------|------|---------------------|-----|------------|-----------|
| 1 | MMBB | MULTIMODE BB7 W/MODE SELECTION BUT | 1 | 280.00 | 280.00 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

                                        Subtotal:              280.00
                                        Shipping/Handling:      13.38
                                        Service Fee:
                                        Insurance:               1.00
                                                 Total:        294.38
Cntl Totl 1:  294.38 Cntl Totl 2:  294.38
------------------------------------------------------------------------------
     Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
------------------------------------------------------------------------------
Invoice Number:  8950232 Invoice Date: 08/02/95 Ship Date: 08/03/95

Purchase Order #:             Operator: JAL Sales Person: VJL Ad Code: PS

Invoice Total:  294.38 Purch Amount:   280.00 Adjustmnt:        Discount:
                  Insurance:      1.00 Ship/Hndlg: 13.38 Svc Fee:

Price Level:   1 Pay Type Code: D Ship Code: U State Tax:      Local Tax:
------------------------------------------------------------------------------
Invoice Number:  8950232  Customer Number:    212

MAX LLAQUE                           Contact:
                                     Credit Card #:
134 MAMARONECK AVENUE                Expiration Date:
MAMARONECK, NY 10543                 Country:
Phone #1: 914-381-5656 Phone #2:
==============================================================================

Data Files Recap Report
(File Listing)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ULTIMATE MAIL ORDER SERVICES
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Invoice Number: 8953228 Invoice Date: 08/30/95    Operator Initials:      VJL
                                                   Order Source Reference:  PS


Customer: MAX LLAQUE                    Ship to:
          134 MAMARONECK AVENUE                  134 MAMARONECK AVENUE
          MAMARONECK, NY 10543                   MAMARONECK, NY 10543

Transaction Info:    Trans Type Code:  UD
                     Credit Card ID:
                     Card Number:                        Exp Date: /
                     Card Holder:     MAX LLAQUE
                     Other Trans Data: 1Z2E69730310295507 MAH        9143815656

Message Information:

THANK YOU VALERIE/ EXT 104                     Country:

Invoice Information:      # Line Items:    2

| Item | Code | Product Description | QTY | Unit Price | Ext Price |
|------|------|---------------------|-----|------------|-----------|
| 1 | 1453G2 | PANASONIC CABLE TV CONVERTER | 2 | 75.00 | 150.00 |
| 2 | STL | G-7 STEALTH 1000-P ADD-ON | 2 | 65.00 | 130.00 |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

                                     Subtotal:              280.00
                                     Shipping/Handling:      14.33
                                     Service Fee:
                                     Insurance:               1.00
                                              Total:        295.33
Cntl Totl 1:  295.33 Cntl Totl 2:  295.33
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
    Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Invoice Number:  8953228 Invoice Date: 08/30/95 Ship Date: 08/30/95

Purchase Order #:              Operator: VJL Sales Person: VJL Ad Code: PS

Invoice Total:   295.33 Purch Amount:   280.00 Adjustmnt:        Discount:
                        Insurance:    1.00 Ship/Hndlg:  14.33 Svc Fee:

Price Level:   1 Pay Type Code: D Ship Code: U State Tax:      Local Tax:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Invoice Number:  8953228  Customer Number:    212

MAX LLAQUE                            Contact:
                                      Credit Card #:
134 MAMARONECK AVENUE                 Expiration Date:
MAMARONECK, NY 10543                  Country:
Phone #1: 914-381-5656 Phone #2:
==================================================================================

```
                         Data Files Recap Report
                            (File Listing)
-------------------------------------------------------------------------------
                    ULTIMATE MAIL ORDER SERVICES
-------------------------------------------------------------------------------
Invoice Number: 9950384 Invoice Date: 09/06/95    Operator Initials:       VJ1
                                                  Order Source Reference:  PS


Customer: MAX LLAQUE                    Ship to:
          134 MAMARONECK AVENUE                   134 MAMARONECK AVENUE
          MAMARONECK, NY 10543                    MAMARONECK, NY 10543

Transaction Info:   Trans Type Code:  US
                    Credit Card ID:
                    Card Number:                       Exp Date: /
                    Card Holder:    MAX LLAQUE
                    Other Trans Data: 1Z2E69730310300152 MAH/TLA SN1 9143815656

Message Information:
REC'D RR# 10786 9/2/95            1 MMBB NO REM #0232 FROM #08950  1 DQN7RP OUT
YOUR SALESA AGENT: VALERIE #104                  Country:

Invoice Information:     # Line Items:    2

Item     Code          Product Description        QTY Unit Price   Ext Price
 1   MMBB         MULTIMODE BB7 W/MODE SELECTION BUT   1     280.00      280.00
 2   RTNDQN                                            1
 3
 4
 5
                                          Subtotal:             280.00
                                          Shipping/Handling:
                                          Service Fee:
                                          Insurance:
                                                    Total:      280.00
Cntl Totl 1:  280.00 Cntl Totl 2:  280.00
-------------------------------------------------------------------------------
    Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
-------------------------------------------------------------------------------
Invoice Number:  9950384 Invoice Date: 09/06/95 Ship Date: 09/06/95

Purchase Order #:               Operator: JEK Sales Person: VJL Ad Code: PS

Invoice Total:   280.00 Purch Amount:   280.00 Adjustmnt:       Discount:
   280.00              Insurance:             Ship/Hndlg:      Svc Fee:

Price Level:  1 Pay Type Code: S Ship Code: U State Tax:     Local Tax:
-------------------------------------------------------------------------------
Invoice Number:  9950384  Customer Number:    212

MAX LLAQUE                              Contact:
                                        Credit Card #:
134 MAMARONECK AVENUE                   Expiration Date:
MAMARONECK, NY 10543                    Country:
Phone #1: 914-381-5656 Phone #2:
===============================================================================
```

```
                      Data Files Recap Report
                         (File Listing)
------------------------------------------------------------------------
                  ULTIMATE MAIL ORDER SERVICES
------------------------------------------------------------------------
Invoice Number: 10952838 Invoice Date: 10/26/95    Operator Initials:    VJL
                                                   Order Source Reference:  PS


Customer: MAX LLAQUE                     Ship to:
          134 MAMARONECK AVENUE                   134 MAMARONECK AVENUE
          MAMARONECK, NY 10543                    MAMARONECK, NY 10543

Transaction Info:    Trans Type Code:  UD
                     Credit Card ID:
                     Card Number:                        Exp Date: /
                     Card Holder:       MAX LLAQUE
                     Other Trans Data: SHIP ASAP                  9143815656

Message Information:
1Z6420W90310016810 BK/PJ        SN10263  >KUPS RETURNED, 3 ATTEMPS MADE
THANK YOU VALERIE/ EXT 104               Country:

Invoice Information:    # Line Items:    1

Item    Code          Product Description        QTY Unit Price  Ext Price
 1  BOSS 1        SA/SA-BB/PIO COMP.               1    249.00     249.00
 2
 3
 4
 5
                                         Subtotal:              249.00
                                         Shipping/Handling:
                                         Service Fee:
                                         Insurance:
                                                    Total:      249.00
Cntl Totl 1:          Cntl Totl 2:
------------------------------------------------------------------------
     Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
------------------------------------------------------------------------
Invoice Number: 10952838 Invoice Date: 10/26/95 Ship Date: Invoice Number: 10952

Purchase Order #:              Operator: vjl Sales Person: VJL Ad Code: PS

Invoice Total:    0.00 Purch Amount:       Adjustmnt:        Discount:
                       Insurance:          Ship/Hndlg:       Svc Fee:

Price Level:   1 Pay Type Code: D Ship Code: U State Tax:      Local Tax:
------------------------------------------------------------------------
Invoice Number: 10952838  Customer Number:    212

MAX LLAQUE                               Contact:
                                         Credit Card #:
134 MAMARONECK AVENUE                    Expiration Date:
MAMARONECK, NY 10543                     Country:
Phone #1: 914-381-5656 Phone #2:
========================================================================
```

Data Files Recap Report
(File Listing)
--------------------------------------------------------------------------------
ULTIMATE MAIL ORDER SERVICES
--------------------------------------------------------------------------------
Invoice Number: 11951189 Invoice Date: 11/13/95    Operator Initials:    VJL
                                                   Order Source Reference:  PS


Customer: MAX LLAQUE                  Ship to:
          134 MAMARONECK AVENUE            134 MAMARONECK AVENUE
          MAMARONECK, NY 10543             MAMARONECK, NY 10543

Transaction Info:    Trans Type Code:  CD
                     Credit Card ID:
                     Card Number:                      Exp Date: /
                     Card Holder:     MAX LLAQUE
                     Other Trans Data: 1Z6420W90310029833 BK/PJ      9143815656

Message Information:
SN11431
THANK YOU VALERIE/ EXT 104                      Country:

Invoice Information:      # Line Items:    3

| Item | Code | Product Description | QTY | Unit Price | Ext Price |
|------|------|---------------------|-----|-----------|-----------|
| 1 | 1453G2 | PANASONIC CABLE TV CONVERTER | 4 | 75.00 | 300.00 |
| 2 | STL | G-7 STEALTH 1000-P ADD-ON | 4 | 65.00 | 260.00 |
| 3 | BOSS 1 | SA/SA-BB/PIO COMP. | 1 | 249.00 | 249.00 |
| 4 | | | | | |
| 5 | | | | | |

                                       Subtotal:            809.00
                                       Shipping/Handling:    22.20
                                       Service Fee:
                                       Insurance:             4.00
                                              Total:        835.20
Cntl Totl 1:  835.20 Cntl Totl 2:  835.20
--------------------------------------------------------------------------------
    Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
--------------------------------------------------------------------------------
Invoice Number: 11951189 Invoice Date: 11/13/95 Ship Date: 11/13/95

Purchase Order #:           Operator: VJL Sales Person: VJL Ad Code: PS

Invoice Total:   835.20 Purch Amount:   809.00 Adjustmnt:        Discount:
                        Insurance:        4.00 Ship/Hndlg:  22.20 Svc Fee:

Price Level:  1 Pay Type Code: D Ship Code: C State Tax:      Local Tax:
--------------------------------------------------------------------------------
Invoice Number: 11951189  Customer Number:    212

MAX LLAQUE                              Contact:
                                       Credit Card #:
134 MAMARONECK AVENUE                   Expiration Date:
MAMARONECK  NY 10543                    Country:
Phone #1: 914-381-5656 Phone #2:
========================================================================

```
                        Data Files Recap Report
                          (File Listing)
------------------------------------------------------------------------
                    ULTIMATE MAIL ORDER SERVICES
------------------------------------------------------------------------
Invoice Number: 11952483 Invoice Date: 11/27/95    Operator Initials:    VJL
                                                   Order Source Reference:  PS


Customer: MAX LLAQUE              Ship to:
          134 MAMARONECK AVENUE            134 MAMARONECK AVENUE
          MAMARONECK, NY 10543             MAMARONECK, NY 10543


Transaction Info:    Trans Type Code:  UD
                     Credit Card ID:
                     Card Number:                    Exp Date: /
                     Card Holder:     MAX LLAQUE
                     Other Trans Data: CALL BEFORE SHIPPING W TOTAL   9143815656

Message Information:
>P1Z6420W90310039135 BK/PJ
THANK YOU VALERIE/ EXT 104                    Country:

Invoice Information:      # Line Items:    2

Item    Code           Product Description        QTY Unit Price  Ext Price
 1   STL          G-7 STEALTH 1000-P ADD-ON          3     65.00     195.00
 2   1453G2       PANASONIC CABLE TV CONVERTER       3     75.00     225.00
 3
 4
 5
                                          Subtotal:              420.00
                                          Shipping/Handling:      18.34
                                          Service Fee:
                                          Insurance:               2.00
                                                  Total:         440.34
Cntl Totl 1:  440.34 Cntl Totl 2:  440.34
------------------------------------------------------------------------
    Invoice Data exported from WIZARD Order Entry Program (Shipped Invoices)
------------------------------------------------------------------------
Invoice Number: 11952483 Invoice Date: 11/27/95 Ship Date: 11/27/95

Purchase Order #:          Operator: VJL Sales Person: VJL Ad Code: PS

Invoice Total:  440.34 Purch Amount:  420.00 Adjustmnt:      Discount:
                       Insurance:     2.00 Ship/Hndlg:  18.34 Svc Fee:

Price Level:  1 Pay Type Code: D Ship Code: U State Tax:     Local Tax:
------------------------------------------------------------------------
Invoice Number: 11952483  Customer Number:   212

MAX LLAQUE                          Contact:
                                    Credit Card #:
134 MAMARONECK AVENUE               Expiration Date:
MAMARONECK, NY 10543                Country:
Phone #1: 914-381-5656 Phone #2:
```

# INVOICE



**ULTIMATE MAIL ORDER SERVICES, INC.**
**6325-9 FALLS OF THE NEUSE ROAD**
**RALEIGH, NORTH CAROLINA 27615**
**TEL: 1-800-669-4258**
**FAX: 1-800-854-7118**

**INVOICE NUMBER**

**06960461**

SOLD TO

MAX LLAQUE
134 MAMARONECK AVENUE
MAMARONECK, NY  10543

SHIP TO

MAX LLAQUE
134 MAMARONECK AVENUE
MAMARONECK, NY  10543

| 212 | PS | VJL | 1-914-381-5656 | 6/20/96 | 6/20/96 | |
|---|---|---|---|---|---|---|
| | C.O.D. | | 3:30 p.m. | 4 | UPS - COD | |

| | 2 | M80 | SA-80 ADD-ON DESCRAMBLER | 75.00 | 150.00 |
|---|---|---|---|---|---|

Items Total          150.00
shipping & handling   12.71
insurance              0.50
**TOTAL**            163.21
Received               0.00
C.O.D.-PAID ON DELIVERY

**UPS**
SHIPPER RECEIPT
**C.O.D.**
AMOUNT
DOLLARS | CENTS
163.21
ALTERNATE CONTROL NUMBER
06960461
DATE
06/20/96
CHECK HERE
IF CASH ONLY
SEE INSTRUCTIONS
XXXXXXXXXX
RETAIN THIS RECEIPT TO
CONFIRM PAYMENT. TAG WILL
NOT BE RETURNED. REMITTANCE
WILL REFER ONLY TO CONTROL
NUMBER SHOWN.

THANK YOU VALERIE/ EXT 104

thank you

E27-991 06/20/96 WT   3 LBS
PKG ID 1009963  SERVICE  GT
REF # 06960461
TRACKING# 1ZE27991031009635
COD 163.21
GROSS PKG CHG $ 4.15
DV $ 0.00      COD $ 4.75
DC $ 0.00      GRT $ 0.00
AH $ 0.00       CT $ 0.00
MISC $ 0.00
NET CHGS 4.15
TOTAL CHG $ 8.90

REFERENCE #:_____  PHONE VERIF:_____  MISC:_____

APPROVAL #:_____  COMMENTS:_____

MATCH:_____  LOGGED:_____  OK TO SHIP:_____

EV. 9/95