**IIII CABLEVISION**

November 16, 1999

Mr. Max Llaque
891 Mamaroneck Avenue
Mamaroneck, New York 10543

Dear Mr. Llaque:

Cablevision has received information from law enforcement agencies and industry sources which indicates you purchased cable television decoders from Ultimate Mail Order Services in 1995. Use of a cable television decoder on Cablevision's television system without Cablevision's authorization is a violation of both federal and state laws.

The purpose of this letter is to give you opportunity to reach a settlement with Cablevision prior to the commencement of a civil lawsuit for theft of cable television service pursuant to the provisions of the federal Communications Policy Act of 1934, specifically, Title 47 U.S.C. Sec. 553 and 605. A timely settlement will enable you to avoid the following:

- Statutory damages of up to $10,000 per violation.
- Liability for all of the Cablevision's costs in bringing the action, including attorney's fees and investigative fees.
- The disconnection of your cablevision television service.

Cablevision will settle its' claim against you and will not include you as a defendant in a lawsuit if you surrender the unauthorized cable television decoder(s) with a monetary settlement in an amount to be determined.

If you wish to settle with Cablevision, please call me no later than November 30, 1999 to arrange your payment and surrender of the decoder(s). I emphasize however, that without a settlement, civil action will be commenced against you seeking the statutory damages described above. Upon commencement of a lawsuit, this original settlement offer is no longer valid.

Very truly yours,

Derek J. Tudor
Director, System Security
914-378-8932

enduserltr

CABLEVISION OF WESTCHESTER
Six Executive Plaza, Yonkers, NY 10701
914 378-8960



