AFFIDAVIT OF SUITABLE SERVICE

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

INDEX # 00 CV 3843 N
DATE PURCHASED 05/22/00
WAS ENDORSED ON
THE DOCUMENT SERVED

Csc Holdings Inc

— against —

Max Llaque

DANIEL J LEFKOWITZ ESQ
350 Jericho Tnpke Ste
JERICHO
NY 11753

(516) 942-4700

Atty File #                    Record # 28391

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Robert A Winckelmann Lic#971194 being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York:

That on 06/20/00 at 1:07 pm at 891 Mamaroneck Ave Mamaroneck Ny 10543 deponent served the within Summons In A Civil Case & Complaint on
Max Llaque
recipient therein named.

After your deponent was unable with due diligence to serve the recipient in person, service was made by delivering a true copy thereof to and leaving with Maria Llaque sister
a person of suitable age and discretion at 891 Mamaroneck Ave Mamaroneck Ny 10543 said premises being the recipient's usual place of abode within the State of New York.

Deponent completed service by depositing a copy of the Summons In A Civil Case & Complaint on 06/21/00 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an offical depository under the exclusive care and custody of the United States Post Office in the State of New York.
Mailing was made to 891 Mamaroneck Ave Mamaroneck Ny 10543

Attempts:
A description of the person served on behalf of the defendant is as follows:
Approx Age: 30 Years  Approx Weight: 145 Lbs.  Approx Height: 5'8"
Sex: Female  Color of Skin: White  Color of Hair: Blonde
Other:

Deponent spoke to Maria Llaque- Sister same as above,
confirmed the above address of defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me this 06/21/00
Patricia K. Muser #01MU6001131
Notary Public, State of New York
Nassau County, Commission Expires 01/05/02

Robert A Winckelmann Lic#971194

Supreme Judicial Services, Inc.
507-535 Rockaway Avenue • Valley Stream, N.Y. 11581 • (516) 825-7600
225 Broadway • New York, N.Y. 10007 • (212) 319-7171
FAX (516) 568-0812