Index # 07 civ. 6943
Purchased/Filed: August 2, 2007

# AFFIDAVIT OF SERVICE ON A CORPORATION BY THE SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |
|---|---|---|

Max Llaque                                                                                             Plaintiff

against

CSC Holdings, Inc.                                                                                    Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY      )

**DESCRIPTION OF PERSON SERVED:**  Approx. Age: 30 Yrs.
Weight: 160 Lbs.  Height: 5' 9"  Sex: Female  Color of skin: White
Hair color: Blonde  Other: _____

_____Robin Brandow_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___August 8, 2007___, at ___12:00pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed ___Summons and Complaint___ on ___CSC Holdings, Inc.___, the Defendant in this action, by delivering to and leaving with ___Amy Lesch___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40.00___ dollars; That said service was made pursuant to Section ___BUSINESS CORPORATION LAW §306___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

8th day of August, 2007

NANCY L. GORDON
NOTARY PUBLIC, State of New York
No. 01GO6503730, Rensselaer County
Commission Expires June 30, 2011

Robin Brandow

Invoice-Work Order # 0716641