# LEFKOWITZ, HOGAN & CASSELL, LLP
ATTORNEYS & COUNSELORS AT LAW
350 JERICHO TURNPIKE
SUITE 100
JERICHO, NEW YORK 11753

TELEPHONE: (516) 942-4700
TELECOPIER: (516) 942-4705
www.lefkowitzhogan.com

SHAUN K. HOGAN[+]
MICHAEL D. CASSELL[■]

DANIEL J. LEFKOWITZ, P.C.[*]
OF COUNSEL

NEW JERSEY OFFICE
744 BROAD STREET
FLOOR 16, SUITE 28
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 735-2700
TELECOPIER: (516) 942-4705

[+]ALSO ADMITTED IN MASSACHUSETTS
[■]ALSO ADMITTED IN NEW JERSEY
[*]ALSO ADMITTED IN FLORIDA

October 16, 2007

*Via ECF:*                           **_ORIGINAL FILED ECF_**
Clerk of the Court
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

     Re:     Max Llaque v. CSC Holdings, Inc.
                Case No. 07-CV-6943 (CLB) (LMS)

Dear Sir/Madam:

     This firm represents the Defendant, CSC Holdings, Inc., in the above-referenced matter.

     Enclosed please find one original and a copy of the Memorandum of Law in Further Support of CSC Holdings, Inc's Motion to Dismiss the Complaint of Max Llaque.

     Thank you for your courtesy regarding this matter.

                                             Respectfully submitted,

                                             LEFKOWITZ, HOGAN & CASSELL, LLP

                                             Michael D. Cassell

MDC:cs
Encl.

     cc:     The Honorable Charles L. Brieant (*First Class Mail with enclosures*)
                Jonathan Lovett, Esq. (*First Class Mail with enclosures*)