MAX LLAQUE v. CSC HOLDINGS, INC.
CASE NO.: 07-CV-6943 (CLB) (LMS)

**CERTIFICATE OF SERVICE**

I, **CHIARA STOLFA**, an employee of the firm **LEFKOWITZ, HOGAN & CASSELL, LLP** attorneys for the Defendant, CSC Holdings, Inc., in the above-entitled action, hereby certify under penalty of perjury that I caused a copy of the foregoing Memorandum of Law in Further Support of CSC Holdings, Inc.'s Motion to Dismiss, to be served on Plaintiff's Attorney Jonathan Lovett, Esq., by causing a true and accurate copy thereof to be placed in a sealed envelope (Via First Class Mail, postage pre-paid) and deposited in an official depository of the United States Postal Service on October 16, 2007, addressed to the Plaintiff's Attorney at the address set forth below:

Jonathan Lovett, Esq.
Lovett & Gould, LLP
222 Bloomingdale Road
White Plains, New York 10605

_____
Chiara Stolfa