# LEFKOWITZ, HOGAN & CASSELL, LLP

## ATTORNEYS & COUNSELORS AT LAW

350 JERICHO TURNPIKE
SUITE 100
JERICHO, NEW YORK 11753

SHAUN K. HOGAN⁺
MICHAEL D. CASSELL▪

DANIEL J. LEFKOWITZ, P.C.▫
OF COUNSEL

TELEPHONE: (516) 942-4700
TELECOPIER: (516) 942-4705
www.lefkowitzhogan.com

NEW JERSEY OFFICE
744 BROAD STREET
FLOOR 16, SUITE 28
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 735-2700
TELECOPIER: (516) 942-4705

⁺ALSO ADMITTED IN MASSACHUSETTS
▪ALSO ADMITTED IN NEW JERSEY
▫ALSO ADMITTED IN FLORIDA

February 1, 2008

*[handwritten stamp and note: Application Granted / So Ordered / Feb 2, 2008 / Charles L. Brieant USDJ]*

**BY FACSIMILE**
The Honorable Charles L. Brieant
United States District Court Judge
Southern District of New York
300 Quarropas Street, Room 218
White Plains, New York 10601

Re:  Max Llaque v. CSC Holdings, Inc.
     Case No.: 07 CV 6943 (CLB)

Dear Judge Brieant:

This firm represents CSC Holdings, Inc., in the above-referenced action.

On November 15, 2007, the Court directed the parties to complete depositions in this action on or before February 15, 2008 and to complete discovery by April 9, 2008. This letter will serve as the parties' first request to extend the deadline to complete depositions in this action to April 9, 2008. The reason for this request is that the attorneys' respective trial schedules have not permitted them to complete depositions within the time the Court initially allowed. This is the first request for an extension of this deadline and the parties jointly make this application. In light of the foregoing, we respectfully request that the Court extend the time for the parties to complete depositions in this action to April 9, 2008.

Thank you for Your Honor's consideration.

Respectfully submitted,

LEFKOWITZ, HOGAN & CASSELL, LLP

Shaun K. Hogan

cc: Jonathan Lovett, Esq.